# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Gary Guy Bonney                **Docket Number:**   0972 2:02CR00198

**Name of Judicial Officer**:   Honorable Morrison C. England, Jr., Chief United States District Judge

**Date of Original Sentence:**   9/14/2004

**Original Offense:** 18 USC 922(g)(1) – Possession of a Firearm and Ammunition Having Previously Been Convicted of a Felony (Class C Felony).

**Original Sentence:** 120 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment; Mandatory drug testing; No firearms.

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Drug/Alcohol Treatment
4. Drug/Alcohol Testing
5. Aftercare Co-payment
6. Registration (drug)

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   12/2/2011

**Other Court Actions:**

03/28/2012:   Prob 12A1 - Report of Offender Non-Compliance submitted alleging Unlawful Use of a Controlled Substance. Offender tested positive (one time) for cocaine. He was placed into individual substance abuse counseling through a contract provider.

11/13/2013:   Prob 12A - Report on Offender Under Supervision. The offender was arrested and convicted of Driving Under the Influence of Alcohol. No formal action recommended or taken, and offender was placed back into counseling services.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> 7. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** The offender was arrested and charged with Driving Under the Influence (DUI) of Alcohol on April 23, 2014 in El Dorado County. He reported the incident to the undersigned immediately upon his release from custody. The offender met with the undersigned on April 24, 2014, to discuss the arrest. The offender was contrite and very apologetic. He acknowledged issues with alcohol use.

The offender is employed full-time and has been since beginning supervision. He continues to be involved with individual counseling. His counselor and the undersigned discussed the offender's participation in counseling and his most recent arrest. Both agree it would be counter-productive to impose additional punitive sanctions above those that will be imposed by the State for the DUI offense. The offender has obvious issues with alcohol, and these have been, and will continue to be addressed through counseling in which the offender participates weekly. To his credit, the offender has been productive in working full-time since release and he acknowledges his substance abuse issues, most notably with alcohol. On March 20, 2014, the offender completed his first time DUI offender class, imposed upon his DUI conviction in November 2013. His driver's license has been restored.

Mr. Bonney has been on supervised release since December 2011. Considering his background, he has done well. He has had some difficulties, but has been honest and diligent in trying to address his shortcomings. Even though this is his second DUI in six months, the undersigned feels that the offender is contributing and productive, and State measures imposed for the second DUI should be sufficient to address the need for deterrence and protecting the public from further crimes. In addition, the offender has been referred to the probation office's drug/alcohol counseling group, which meets once per week for 90 minutes. He will also continue to participate in weekly individual counseling sessions. The offender has agreed, and his conditions of supervision will be modified to include a "no alcohol" condition. Hopefully, the sanctions imposed will have a positive impact upon the offender and help him to constructively deal with his propensity to abuse alcohol.

Respectfully submitted,

**/s/ Glenn P. Simon**

**Glenn P. Simon**
**Senior United States Probation Officer**
Telephone: (916) 930-4306

**DATED:**  5/2/2014

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  May 2, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT